# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0063
Lower Tribunal No. 19-31274-CA-01
_____

**People's Trust Insurance Company,**
Appellant,

vs.

**Dory Jeditt, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Cole, Scott & Kissane, P.A., and Mark D. Tinker and Brandon J. Tyler (Tampa), for appellant.

Your Insurance Attorney, PLLC, and Joshua R. Lopez, for appellee Dory Jeditt.

Before SCALES, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed. See London v. Dubrovin, 165 So. 3d 30 (Fla. 3d DCA 2015);

Batista v. Walter & Bernstein, P.A., 378 So. 2d 1321 (Fla. 3d DCA 1980);

see also Guadagno v. Lifemark Hosps. of Fla., Inc., 972 So. 2d 214 (Fla. 3d

DCA 2007); Grossman v. Fla. Power & Light Co., 570 So. 2d 992 (Fla. 2d

DCA 1990).